## Devon Barclay

| | |
|---|---|
| **From:** | Devon Barclay |
| **Sent:** | Friday, September 3, 2021 1:44 PM |
| **To:** | Nicole Mennona |
| **Subject:** | FW: Mennona; 21-11967 TBM |
| **Attachments:** | 9-2-21 Discovery.pdf |
| **Importance:** | High |

Hi Nicole,

So, here's this fun thing from our buddy over at the trustee's office. As you'll see when you read it, he's trying to force you to admit to all kinds of things – some of which would be perjury, if admitted, like that you actually DID file all of your paystubs – and then other things which would be covered by attorney-client privilege in any case. Not really sure what to make of it, other than we have to respond even though I'm pretty sure this is more about driving up his legal fees and less about anything else. We should probably meet at some point soon and send back a response.

In the meantime, I still urgently need your bank statements covering April 16, and paystubs from that period, so we can send back those items and the trustee info sheet and DSO form we were ordered to turnover. If you're available to meet next week, let's get all those items turned in together so we can stay ahead of this guy.

We do need to move quickly on this, because they're just going to do increasingly more aggressive and ridiculous things as this goes on without a response from us.

Cheers,
Devon

Devon Barclay, PC
2590 Welton Street, Second Floor
Denver, CO 80205
Phone: 720-515-9887
Fax: 303-713-9507

*<u>For the fastest response, please text me at 720-515-9887</u>*

---

*Devon Barclay, PC is Colorado's largest bankruptcy firm. Call us today and get a fresh start tomorrow!*



**From:** Kevin S. Neiman <Kevin@ksnpc.com>
**Sent:** Thursday, September 2, 2021 4:36 PM
**To:** Devon Barclay <devon@devonbarclaypc.com>
**Subject:** Mennona; 21-11967 TBM
**Importance:** High

Devon, please see the attached discovery in relation to this matter.

The trustee also intends to depose the debtors. Please provide me their and your availability for a half-day deposition the week of 10/4-10/8. Please provide me such date(s) by **9/10/21**, failing which I will set the depositions at my convenience.

Thank you in advance for your assistance.

Kevin

Kevin S. Neiman, Esq.
Law Offices of Kevin S. Neiman, pc
(303) 996-8637
kevin@ksnpc.com
www.ksnpc.com