## Devon Barclay

| | |
|---|---|
| **From:** | Devon Barclay |
| **Sent:** | Thursday, September 9, 2021 4:52 PM |
| **To:** | Nicole Mennona |
| **Subject:** | MOC docs |
| **Attachments:** | MOC Docs- not signed.pdf |

Hi Nicole –

Ugh, sorry I've been trying to get to this all week. I'm assuming you just received Kevin's latest misadventure, which we can talk about when we get a chance to talk. If you're not doing anything Saturday, I think it might make sense to sit down together and we can go over the entire case and strategize a little bit.

In the meantime, here's the TIS and DSO form. If you and Matthew could ink sign these, and mail them to Kevin, that would be great. His address is 999 18th Street 1230 S, Denver, CO 80202.

If either of you have COVID or some other highly infectious, nasty disease – or if you know someone who does – please make sure they lick the envelope and handle it as much as possible.

Cheers,
Devon

Devon Barclay, PC
2590 Welton Street, Second Floor
Denver, CO 80205
Phone: 720-515-9887
Fax: 303-713-9507

<u>For the fastest response, please text me at 720-515-9887</u>

*Devon Barclay, PC is Colorado's largest bankruptcy firm. Call us today and get a fresh start tomorrow!*

